UNITED STATES of America,
Plaintiff–Appellee

v.

Kamaal Tavon BLANDING,
Defendant–Appellant.

No. 10–40455
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Jan. 27, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Philip Thomas Cowen, Esq., Law Office of Philip Cowen, Brownsville, TX, for Defendant–Appellant.

Before DAVIS, SMITH and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Kamaal Tavon Blanding has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Blanding has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal.[1] Accordingly, counsel's motion for leave to withdraw is GRANT-ED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. We note that while Blanding's plea agreement waives the right to collaterally attack his conviction or sentence, the district court informed Blanding that he waived the right to collaterally attack his sentence, omitting mention of the conviction. This omission has no effect on the instant appeal. We make no determination at this time of the significance of the omission with respect to any collateral challenge that Blanding might file.